UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY T. STALEY,

                              Plaintiff,

               -against-

GERMAINE JACKSON; METROPOLITAN
TRANSPORTATION AUTHORITY,

                              Defendants.

25-CV-4483 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated November 25, 2025, the Court dismissed the complaint but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 8.) On January 29, 2026, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF 9.) In his motion, Plaintiff alleges that he did not receive the Court's order in a timely fashion through no fault of his own and that he continues to experience medical hardships as a result of a previous heart attack. Plaintiff also requests that the Court "deem the enclosed Amended Complaint timely filed." (*Id.* at 2.)

The Court grants Plaintiff's request for an extension of time to file an amended complaint. It does not appear, however, that an amended complaint was included with Plaintiff's submission. The Court therefore directs Plaintiff to file his amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time prescribed, the Court will direct the Clerk of Court to enter judgment.

## CONCLUSION

The Court grants Plaintiff's motion for an extension of time to file an amended complaint. (ECF 9.) The Court directs Plaintiff to file his amended complaint within 30 days of the date of this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 30, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge