UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY T. STALEY,

                          Plaintiff,

        -against-

GERMAINE JACKSON; METROPOLITAN
TRANSPORTATION AUTHORITY,

                          Defendants.

25-cv-4483 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 30, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 30, 2026
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge